

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2015

No. 04-15-00267-CV

Dolores **REYNOSO** and Juan Reynoso,
Appellants

v.

**LOFT CONCEPTS, INC.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV00936
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

       The reporter's record was due June 8, 2015, but has not been filed. The court reporter, Kay Counseller, has filed a notice of late record stating that the record was not filed because appellants have not paid or made arrangements to pay the reporter's fee to prepare the record and appellants are not entitled to the record without paying the fee. See TEX. R. APP. P. 34.6(b), 35.3(b).

       We order appellants to provide written proof to this court on or before **July 17, 2015** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellants are entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 20.1, 35.3(b). If appellants fail to file such proof within the time provided, appellants' brief will be due **August 6, 2015**, and the court will only consider those issues or points raised in appellants' brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2015.



_____

Keith E. Hottle
Clerk of Court